*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

UNITED STATES OF AMERICA,

              Plaintiff,

    vs.

MARIO ALBERTO BOJORQUEZ
MANRIQUE,

              Defendant.

Case No. 2:19-CR-0153-APG-DJA

STIPULATION TO RESET
DEADLINE
(Second Request)

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    The parties have reached an agreed resolution in this case rendering litigation of pretrial matters unnecessary. It will take a few days to complete the necessary paperwork and present it to the Court.

2.    The defendant is in custody and does not object to the continuance.

3.    For the reasons stated above, the ends of justice would best be served by a continuance of the government deadlines.

4.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

. . .

. . .

. . .

. . .

. . .

## **ORDER**

It is therefore ORDERED that the Government's response regarding Defendant's Motion Suppress (ECF No. 30), is due on the 12th day of March 2020.

DATED this 3rd day of March, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE